**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BRAYAN FERNANDO BARAHONA RAMOS** | **CIVIL CASE NO. 26-4152 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **NORTHWEST ICE PROCESSING, ET AL** | **MAG. JUDGE WHITEHURST** |

## MEMORANDUM RULING AND ORDER

Pending before the Court is an Emergency Motion for Temporary Restraining Order and Stay of Transfer filed by Brayan Fernando Barahona Ramos ("Petitioner"). (R. Doc. 2). Having carefully considered Petitioner's submissions and the applicable law, Petitioner's Motion is **DENIED**.

Petitioner's Motion seeks to prohibit transfer outside of the Western District of Louisiana. *See* R. Doc. 2 at 1–2. However, injunctive relief on these grounds is unwarranted. *See Oliveira v. Patterson*, No. 6:25-CV-01463, 2025 WL 3091705, at *1 (W.D. La. Oct. 9, 2025) (explaining that transfer of a petitioner to another facility located within the United States does not affect a court's jurisdiction); *see also Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

For the foregoing reasons,

**IT IS ORDERED** that Petitioner's Motion for Temporary Restraining Order and Stay of Transfer is **DENIED**.

**THUS DONE AND SIGNED** this 8th day of October, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**